AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

**CRIMINAL CASE: 7:25-CR-83-D-RN**

DENIS JOSEPH BOUCHARD

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**DENIS JOSEPH BOUCHARD** he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information _____ Complaint

_____ Order of Court: _____ Violation Notice _____ Probation Violation Petition charging him/her with:

Counts 1 and 3 - 18 U.S.C. § 1015(f): False claims of citizenship in order to vote
Counts 2 and 4 - 52 U.S.C. § 20511(2)(B): False statements on voter registration or ballott

Peter A. Moore, Jr.
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

AUGUST 26, 2025 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at US District Court, 2 Princess Pl, Wilmington, NC 28401 |

| DATE RECEIVED 08/27/2025 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 08/28/2025 | SA Julia Harrish FBI | SA David Hardy FBI |

FILED
AUG 28 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

FILED
AUG 28 2025

Case 7:25-cr-00083-D-RN     Document 9     Filed 08/28/25     Page 1 of 1