IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:25-CR-83-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | SCHEDULING ORDER |
| | ) | |
| DENIS JOSEPH BOUCHARD, | ) | |
| | ) | |
| Defendants. | ) | |

The attorneys are ORDERED to conduct a pre-trial conference on or before **September 12, 2025**. Local Criminal Rule 16.1.

All pre-trial motions, including motions to compel discovery, motions to suppress, and motions under Rules 7, 8, 12, 13, 14, 16, and 41, Fed. R. Crim. P., shall be filed no later than **September 26, 2025.** Responses to motions shall be filed no later than **October 10, 2025.**

Untimely motions and motions filed in disregard of Local Criminal Rules 12.2 and 16.1 may be summarily denied. Motion hearings, as necessary, shall be conducted by a district or magistrate judge in advance of trial. Motions to continue the arraignment and trial shall be filed at least five days before the first day of the scheduled term of court.

This case is set for arraignment and trial at the term of criminal court commencing on **October 20, 2025,** before James C. Dever III, United States District Judge, in Raleigh, North Carolina. Where a trial is anticipated, counsel for each party shall file with the clerk and transmit electronically to the judge: (1) voir dire questions as required by Local Criminal Rule 24.2; and (2) requests for jury instructions. Local Criminal Rule 24.1 (as amended herein to require these submissions not later than the Monday preceding the first day of the session). These documents must be filed with the clerk and electronically transmitted as directed to Judge Dever on or before

**October 13, 2025.** The electronic copies shall be transmitted to **documents_judge_dever@nced.uscourts.gov**.[1]

SO ORDERED, this the 2nd day of September 2025.

*Robert T Numbers II*
Robert T. Numbers, II
United States Magistrate Judge

---

[1] This is a receipt-only email address reserved solely for submission of requested electronic copies, supplemental to filing.