

**RECEIVED**

JUN 0 1 2026 MM

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

**U.S. Department of Justice**

United States Marshals Service

*Eastern District of North Carolina*

May 28, 2026

Denis Joseph Bouchard
1205 Lord Thomas
Wilmington, NC 28405
(910) 622-1263

Dear Denis,

The U.S. Bureau of Prisons has designated the following facility for you to serve your sentence:

**Oakdale II Satellite Camp**
**2105 East Whatley Rd.**
**Oakdale, LA 71463**
**(318) 335-4466**

You are hereby instructed to surrender to the institution on **June 30, 2026,** no later than 12:00 noon local time. **It is your responsibility to turn yourself into the institution to which you are designated.** Your failure to surrender could subject you to further sanctions under law.

The U.S. Marshals Service does **not** designate you to an institution. The U.S. Bureau of Prisons is responsible for designations. They may designate you to a facility different from the **recommendation** of the judge. If you have any questions regarding this matter, please call our office at (919) 856-4153.

Sincerely,

Glenn M. McNeill
UNITED STATES MARSHAL

By: *[signature]*
S. Holland
Investigative Analyst

cc:    US Probation
       FCI Oakdale